Petition for a writ of certiorari to the Supreme Court of the State of Washington denied. *Mr. Winter S. Martin* for petitioner. No appearance for respondent.

---

No. 750. C. G. CATE *v.* UNITED STATES. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. T. Pope Shepherd* and *Frank S. Carden* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Messrs. Alfred A. Wheat,* and *Harry S. Ridgely* for the United States.

---

No. 751. TEXAS PIPE LINE COMPANY *v.* J. L. WARE. January 10, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. J. Zach Spearing* for petitioner. No appearance for respondent.

---

No. 753. JOHN H. LOTHROP *v.* SOUTHERN PACIFIC COMPANY. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. James G. Wilson* and *John F. Reilly* for petitioner. *Messrs. Ben C. Dey* and *Alfred A. Hampson* for respondent.

---

No. 754. JOHN H. LOTHROP *v.* SPOKANE, PORTLAND AND SEATTLE RAILWAY COMPANY. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. James G. Wilson* and *John F. Reilly* for petitioner. *Messrs. Charles H. Carey, James B. Kerr,* and *Charles A. Hart* for respondent.

---

No. 755. JOHN H. LOTHROP *v.* OREGON-WASHINGTON RAILROAD AND NAVIGATION COMPANY. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. James*